4946 CORPORATION,
Plaintiff/Respondent,

v.

Harinder SINGH and Dr. Michael Meinzen, Defendants/Appellants.

Georgia L. Binnington,
Defendant/Cross–
Claimant.

No. ED 82910.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 27, 2004.

Application for Transfer to Supreme Court Denied Sept. 9, 2004.

Application for Transfer Denied
Oct. 26, 2004.

Shulamith Simon, St. Louis, MO, for appellant.

Marvin J. Nodiff, St. Louis, MO, for respondent.

Mark Belz, Clayton, MO, for defendant/cross-claimant.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Harinder Singh and Dr. Michael Meinzen ("Occupants") appeal the judgment in

a court tried case declaring a sale of stock to Occupants null and void, enjoining them from occupying an apartment and awarding damages and attorneys fees.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).